### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### JACKSON DIVISION

**ROBERT TRACEY WILLIAMS**                                                                 **PLAINTIFF**

**VERSUS**                                              **CIVIL ACTION NO.  3:06cv578-DPJ-JCS**

**ANTONY VARAKSA, et al.**                                                              **DEFENDANTS**

### FINAL JUDGMENT

This cause is before the Court, *sua sponte*, for consideration of dismissal.  Pursuant to the Memorandum Opinion and Order issued this date and incorporated herein by reference,

IT IS HEREBY ORDERED AND ADJUDGED that this cause be, and is hereby, dismissed without prejudice, pursuant to Rule 41(b) of the FEDERAL RULES OF CIVIL PROCEDURE.

**SO ORDERED AND ADJUDGED** this the 21th day of March, 2007.

                                                s/ *Daniel P. Jordan III*
                                                UNITED STATES DISTRICT JUDGE